**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **PANTAURUS LLC,**<br><br>                    Plaintiff,<br>v.<br><br>**WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., AND WELLS FARGO SECURITIES, LLC,**<br><br>                    Defendants. | Case No. 1:14-cv-450<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT
<u>WELLS FARGO & COMPANY WITHOUT PREJUDICE</u>**

Plaintiff PanTaurus LLC ("PanTaurus"), hereby files this voluntary Notice of Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1).  According to Rule 41(a)(1), an action may be dismissed by the plaintiff without order of court by filing a notice of dismissal at any time before service by the adverse party of an answer.  Defendant Wells Fargo & Company has not yet answered the Complaint or filed a motion for summary judgment.  Accordingly, PanTaurus voluntarily dismisses Wells Fargo & Company without prejudice pursuant to Rule 41(a)(1).

Plaintiff PanTaurus has consulted with Wells Fargo & Company and Wells Fargo & Company consents to the filing of this Notice.

Dated: December 4, 2014

Respectfully submitted,

*/s/ Craig Tadlock*
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869

**TADLOCK LAW FIRM PLLC**
2701 Dallas Parkway, Suite 360
Plano, Texas 75093
903-730-6789
craig@tadlocklawfirm.com
john@tadlocklawfirm.com
keith@tadlocklawfirm.com

*Attorneys for Plaintiff, PanTaurus LLC*

## CERTIFICATE OF SERVICE

The undersigned certifies that the foregoing document was filed electronically in compliance with Local Rule CV-5(a). As such, this motion was served on all counsel who have consented to electronic service, Local Rule CV-5(a), on this the 4th day of December, 2014.

*/s/ Craig Tadlock*
Craig Tadlock