**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
BEAUMONT DIVISION**

| | |
|---|---|
| **PANTAURUS LLC,**<br><br>                              Plaintiff,<br>v.<br><br>**WELLS FARGO & COMPANY, WELLS FARGO BANK, N.A., AND WELLS FARGO SECURITIES, LLC,**<br><br>                              Defendants. | Case No. 1:14-cv-450<br><br>**PATENT CASE**<br><br>**JURY TRIAL DEMANDED** |

## JOINT MOTION TO DISMISS

WHEREAS, Plaintiff PanTaurus LLC ("Plaintiff") and Defendants Wells Fargo Bank, N.A. and Wells Fargo Securities, LLC ("Defendants") have resolved Plaintiff's claims for relief against Defendants and Defendants' counterclaims for relief against Plaintiff asserted in this case.

NOW, THEREFORE, Plaintiff and Defendants, through their attorneys of record, request this Court to dismiss Plaintiff's claims for relief against Defendants with prejudice and Defendants' claims, defenses or counterclaims for relief against Plaintiff without prejudice, and with all attorneys' fees, costs of court and expenses borne by the party incurring same.

Dated: July 14, 2015                                      Respectfully submitted,

 /s/ Craig Tadlock                              
Craig Tadlock
State Bar No. 00791766
John J. Harvey, Jr.
State Bar No. 09179770
Keith Smiley
State Bar No. 24067869
TADLOCK LAW FIRM PLLC
2701 Dallas Parkway, Suite 360

/s/ Douglas J. Williams                        
J. Derek Vandenburgh (MN Bar No. 224145)
Douglas J. Williams (MN Bar No. MN 117,353)
Tara C. Norgard (MN Bar No. 307,683)
Alexander S. Rinn (MN Bar No. 395616)
CARLSON, CASPERS, VANDENBURGH,
LINDQUIST & SCHUMAN
225 South Sixth Street, Suite 4200
Minneapolis, Minnesota 55402

| | |
|---|---|
| Plano, Texas 75093<br>903-730-6789<br>craig@tadlocklawfirm.com<br>john@tadlocklawfirm.com<br>keith@tadlocklawfirm.com | Telephone: (612) 436-9600<br>Facsimile: (612) 436-9605<br>dvandenburgh@carlsoncaspers.com<br>dwilliams@carlsoncaspers.com<br>tnorgard@carlsoncaspers.com<br>arinn@carlsoncaspers.com |
| **ATTORNEYS FOR PLAINTIFF<br>PANTAURUS LLC** | **ATTORNEYS FOR DEFENDANTS<br>WELLS FARGO BANK, N.A. AND WELLS<br>FARGO SECURITIES, LLC** |

## CERTIFICATE OF SERVICE

I hereby certify that all counsel of record who have consented to electronic service are being served with a copy of this document via the Court's CM/ECF system, in accordance with Local Rule CV-5(a)(3), on July 14, 2015.

                                                         */s/ Craig Tadlock*
                                                         Craig Tadlock